# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| MARTHA CECILIA GAVILANES TOAQUIZA, § § § *Petitioner*, § § v. § § No. 3:26-CV-00365-LS § PAM BONDI, U.S. ATTORNEY § GENERAL; KRISTI NOEM, § SECRETARY, U.S. DEPARTMENT OF § HOMELAND SECURITY; TODD M. § LYONS, ACTING DIRECTOR OF U.S. § IMMIGRATION AND CUSTOMS § ENFORCEMENT; and CURTIS § TAYLOR, MAJOR GENERAL, U.S. § ARMY AT CAMP BLISS (ERO EL § PASO CAMP EAST MONTANA), § § *Respondents*. § | |

## ORDER FOR SERVICE

Petitioner Martha Cecilia Gavilanes Toaquiza challenges her custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] Her petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

2

Respondents shall show cause by **March 2, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 9, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**